UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RONALD C. TUCKER, SR.,

        Plaintiff,

v.                                                Case No: 5:14-cv-612-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

## ORDER

This cause came on for consideration Plaintiff Ronald C. Tucker's appeal (Doc. 1) from a final decision of the Commissioner of the Social Security Administration (the "Commissioner"), which the Court referred to United States Magistrate Judge Philip R. Lammens for a Report and Recommendation (Doc. 21). Neither party filed objections to the Report and Recommendation. Having reviewed the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 21) is **APPROVED** and **ADOPTED**.
2. The Commissioner's final decision is **AFFIRMED**.
3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this 24 day of February, 2016.

                                                        G. KENDALL SHARP
                                      SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record